IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN ODOM,<br><br>Defendant. | CR 21-09-M-DLC<br><br>ORDER |

The United States has filed a Motion to Quash Summons and Issue Arrest Warrant. (Doc. 5.) Good cause appearing,

IT IS HEREBY ORDERED that the summons directing Michael John Odom to appear for arraignment on March 25, 2021, at 1:30 p.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Michael John Odom.

Dated this 9th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1